| | |
|---|---|
| 1 | E. MARTIN ESTRADA |
| | United States Attorney |
| 2 | DAVID M. HARRIS |
| 3 | Assistant United States Attorney |
| | Chief, Civil Division |
| 4 | CEDINA M. KIM |
| 5 | Assistant United States Attorney |
| | Senior Trial Attorney, Civil Division |
| 6 | JENNIFER LEE TARN, CSBN 240609 |
| 7 | Special Assistant United States Attorney |
| | Office of the General Counsel |
| 8 | Social Security Administration |
| 9 | 6401 Security Boulevard |
| 10 | Baltimore, MD 21235 |
| | Telephone: (510) 970-4861 |
| 11 | Email: Jennifer.Tarn@ssa.gov |
| 12 | |
| 13 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MIGUEL GONZALO JIMENEZ, | ) | Case No. 2:24-cv-03857-PVC |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

-1-

1  The Court having approved the parties' stipulation to remand this case
2  pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
3  with that stipulation and for entry of judgment for Plaintiff, judgment is hereby
4  entered for Plaintiff.
5
6  DATED: 7/03/24
7  HONORABLE JUDGE PEDRO V. CASTILLO
   UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28